1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATALYA MAGILKO BAKER,

             Plaintiff(s),

  vs.

DAVID N. STILL, et al.,

             Defendant(s).

_____/

No. C 06-7456 MEJ

**ORDER VACATING MARCH 15, 2007
CASE MANAGEMENT
CONFERENCE**

**ORDER RE: DEFENDANTS'
MOTION TO DISMISS**

       The Court is in receipt of the parties' Joint Case Management Statement, filed March 8, 2007.
Upon review of the statement, the Court finds a case management conference unnecessary and
VACATES the March 15, 2007 C.M.C.  As Defendants intend to file a motion to dismiss, the Court
shall not schedule this matter for trial.  Instead, Defendants shall file their motion pursuant to Civil
Local Rule 7 and, as requested by the parties in their statement, the Court shall resolve the matter on
the papers, without a hearing.  If necessary, the Court shall calendar this matter for a trial upon
resolution of Defendants' motion.

       **IT IS SO ORDERED.**

Dated: March 9, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge