IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALYA MAGILKO BAKER,<br><br>        Plaintiff(s),<br><br>vs.<br><br>DAVID N. STILL, et al.,<br><br>        Defendant(s).        / | No. C 06-7456 MEJ<br><br>**ORDER VACATING JUNE 7, 2007 CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' Joint Case Management Statement, filed May 31, 2007. Upon review of the statement, the Court finds a case management conference unnecessary and VACATES the June 7, 2007 C.M.C. As both parties state that this matter would be best handled through motions, the Court shall not schedule any pre-trial or trial dates. Instead, the parties shall properly notice summary judgment motions after completion of any necessary discovery. If both parties intend to file motions, they shall meet and confer and notice their motions to be heard on the same date, and file a joint statement of undisputed facts. If the parties intend to conduct any discovery, they shall comply with the undersigned's discovery standing order.

**IT IS SO ORDERED.**

Dated: June 4, 2007

                                      MARIA-ELENA JAMES
                                      United States Magistrate Judge