1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-6927
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
    NATALYA MAGILKO BAKER,          )        No. C06-7456 MEJ
12                                  )
                    Plaintiff,      )
13                                  )
            v.                      )        STIPULATION TO EXTEND DATES;
14                                  )        [PROPOSED] ORDER
    DAVID N. STILL, et al.,         )
15                                  )
                    Defendants.     )
16  _____ )

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION TO EXTEND DATES
06-7456 MEJ

1    On October 16, 2007, Plaintiff file a motion for summary judgment. Defendants' opposition

2  is due Thursday, October 25, 2007.  It now appears that this matter may be entirely resolved within

3  the next 60 days.  Accordingly, the parties hereby stipulate, subject to the Court's approval, to

4  extend the dates for briefing and the hearing accordingly.  The schedule shall be as follows:

5    Defendant's Opposition and Cross Motion: December 27, 2007

6    Plaintiff's Reply:                        January 3, 2008

7    Defendant's Surreply, if any:             January 10, 2008

8    Hearing:                                  January 24, 2008, at 10:00 a.m.

9

10  Date: October 23, 20007                    Respectfully submitted,

11                                             SCOTT N. SCHOOLS
                                               United States Attorney
12

13                                             _____/s/_____
14                                             MELANIE L. PROCTOR
                                               Assistant United States Attorney
                                               Attorneys for Defendants
15  Date: October 23, 2007

16

17                                             _____/s/_____
                                               MARTIN J. LAWLER
18                                             Attorneys for Plaintiff

19

20                            **ORDER**

21    Pursuant to stipulation, IT IS SO ORDERED.

    Date: October 24, 2007
22                                             _____
                                               MARIA ELENA JAMES
23                                             United States Magistrate Judge

24

25

26

27

28

STIPULATION TO EXTEND DATES
06-7456 MEJ                        2